UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

———

A<small>NTINNA</small> S<small>HUFORD</small>,

    Plaintiff,

v.

M<small>USASHI</small> A<small>UTO</small> P<small>ARTS</small> M<small>ICHIGAN</small>, I<small>NC</small>.,

    Defendant.
_____/

Hon. Phillip J. Green

Case No. 1:21-cv-00149-PJG

## ORDER

On August 29, 2022, the undersigned issued a written opinion granting the Defendant's motion to enforce the settlement agreement in this matter. (ECF No. 65). The Court ordered that the Defendant file with the Court a certificate advising the all the terms of the settlement have been met. On September 15, 2022, the Defendant in this matter filed their certificate of compliance. (ECF No. 68). The Court having reviewed the certificate and accepts that the terms of the settlement have been met. Accordingly,

**IT IS ORDERED** that this matter has been completed in its entirety and this closes the case.

**IT IS SO ORDERED**.

Date: September 26, 2022

/s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge